IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNIVERSAL UNDERWRITERS INSURANCE COMPANY,** | : | No. 3:21cv259 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **JOHN SWENSON,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 18 day of April 2024, in accordance with the accompanying memorandum, the plaintiff's motion for summary judgment (Doc. 16) is hereby **GRANTED**.

The Underinsured Motorist Coverage limit under Universal Underwriters Insurance Company's Policy 266118-C applicable to Defendant John Swenson as an employee of Kress Auto Wreckers is $35,000.00. Stacking is not applicable. Summary judgment is entered in favor of the Plaintiff and against the Plaintiff. Clerk of Court is directed to CLOSE this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court